IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOLMARIS CRUZ,** : | |
|      **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 14-6503 |
| : | |
| **COMMISSIONER OF SOCIAL SECURITY,**: | |
|      **Defendant.** : | |

**O R D E R**

**AND NOW**, this 29th day of December, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 6), Defendant's Response (Doc. No. 7), and Plaintiff's Reply (Doc. No. 11), as well as the administrative record herein (Doc. No. 4), and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. No. 14), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 6) is **DENIED**;

3. **JUDGMENT** is entered in favor of Defendant Carolyn W. Colvin, Commissioner of Social Security, and against Plaintiff Solmaris Cruz;

4. The Clerk of Court shall **CLOSE** this case.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*

                                              _____

                                              Paul S. Diamond, J.